# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY JENNINGS in her official capacity as Attorney General for The State of Delaware, <br><br> Defendants, | C.A. No. 1:25-cv-00173 RGA |

## ENTRY OF APPEARANCE

Please enter the appearance of Bradley P. Lehman, Esquire of Whiteford, Taylor & Preston LLC, as counsel for Plaintiffs National Institute of Family and Life Advocates and A Door of Hope Pregnancy Center, Inc. in the above-captioned matter.

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Bradley P. Lehman*
Bradley P Lehman, Esquire (#5921)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 295-5674
blehman@whitefordlaw.com

Dated: October 14, 2025                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Bradley P. Lehman, hereby certify that on this 14th day of October 2025, a true and correct copy of the foregoing *Entry of Appearance* was served via E-Filing CM/ECF to the following:

> Colleen E. Durkin
> Deputy Attorney General
> Assistant Unit Head
> Defensive Litigation Unit
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Bradley P. Lehman*
Bradley P Lehman, Esquire (#5921)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 295-5674
blehman@whitefordlaw.com

Dated: October 14, 2025

*Attorneys for Plaintiffs*