## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NATIONAL INSTITUTE OF )
FAMILY AND LIFE ADVOCATES, )
et al., )
         )
        Plaintiffs, )
         )
        v. )        C.A. No. 1:25-cv-00173 RGA
         )
KATHY JENNINGS in her official )
capacity as Attorney General for )
The State of Delaware, )
         )
        Defendants, )

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Delaware, Andrew H. Meck, Esquire, of Polsinelli, hereby withdraws his appearance as counsel to Plaintiffs in the above-captioned case and request to be removed from the Court's mailing list (on ECF and any other service list in this case) and the above-captioned plaintiffs' master service list, effective immediately.

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Queen C. Nwangwu*
Queen C. Nwangwu, Esquire (#7438)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 357-3251
qnwangwu@whitefordlaw.com

Dated: June 25, 2026        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Queen C. Nwangwu, hereby certify that on this 25th day of June 2026, a true and correct copy of the foregoing *Entry of Appearance* was served via E-Filing CM/ECF upon all counsel of record.

**WHITEFORD, TAYLOR & PRESTON LLC**

 */s/ Queen C. Nwangwu*
Queen C. Nwangwu, Esquire (#7438)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 357-3251
qnwangwu@whitefordlaw.com

Dated: June 25, 2026                 *Attorney for Plaintiffs*